UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRIC CARTER,

    Plaintiff,

v.

RIVERSHELL APARTMENTS, LLC, et al.,

    Defendants.
_____/

Case No. 1:21-cv-263

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated:  September 15, 2023

    /s/ Janet T. Neff
JANET T. NEFF
United States District Judge