# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 03, 2023

Mr. Cedric Carter
3625 Bayview Drive
Apt. 74
Lansing, MI 48911

Re: Case No. 23-1885, *Cedric Carter v. Rivershell Apartments, LLC, et al*
Originating Case No. 1:21-cv-00263

Dear Mr. Carter,

   This appeal has been docketed as case number **23-1885** with the caption that is enclosed on a separate page. Please review the caption for accuracy and notify the Clerk's office if any corrections should be made. The appellate case number and caption must appear on all filings submitted to the Court.

   As the appellant, when you submit motions, briefs or any other documents to the Clerk's office, send only **1** original, which you have signed. Copies are no longer necessary. **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**. You must mail opposing counsel a copy of every document you send to the Clerk's office for filing.

   Opposing counsel will docket pleadings as an ECF filer. Check the ECF page on the court's web site www.ca6.uscourts.gov for additional information about ECF filing if you are not familiar with it. The following forms are due by **October 17, 2023**.

                       Appearance of Counsel
         Appellee:   Disclosure of Corporate Affiliation
                       Application for Admission to 6th Circuit Bar (if applicable)

   Enclosed is a transcript order form should you require transcript of a hearing(s) to support your arguments on appeal. If you do order transcript, the form must be filed by **October 17, 2023**. A copy of the form must also be provided to the court reporter along with your payment for the transcript. Please see page 2 of the transcript order for additional information. If transcript is not ordered by this deadline, a briefing schedule will issue.

The Clerk's office cannot give you legal advice but if you have questions about the forms, please contact the office for assistance.

                                                      Sincerely yours,

                                                      s/Michelle R. Lambert
                                                      Case Manager
                                                      Direct Dial No. 513-564-7035

cc:  Mr. Brion B. Doyle
      Ms. Lara Lenzotti Kapalla

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-1885

CEDRIC CARTER

        Plaintiff - Appellant

v.

RIVERSHELL APARTMENTS, LLC, jointly and severally; CONNIE ROBERTS, jointly and severally; ANDMARK RIVERSHELL APARTMENTS, LLC, jointly and severally; ANDMARK INVESTMENT FUND IV, LLC, jointly and severally; BEZTAK MANAGEMENT COMPANY, jointly and severally

        Defendants - Appellees

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## Transcript Order for Pro Se Parties

Only parties not represented by counsel may use this form. Attorneys must file transcript orders electronically in CM/ECF. Include on this form all transcripts that you are ordering from *one* court reporter. Use a separate form for each court reporter.

| SHORT CASE TITLE | NAME OF DISTRICT COURT | DISTRICT COURT CASE NUMBER |
|---|---|---|
| **COURT OF APPEALS CASE NUMBER** | **DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT** | |
| | **COURT REPORTER** | **NAME OF ORDERING PARTY** |

| | |
|---|---|
| **A. Check the applicable provision:**<br>☐ I am ordering a transcript (See Section B)<br>☐ I am not ordering a transcript<br><br>**Reason for not ordering a transcript:**<br>☐ Transcript is already on file in district court<br>☐ Transcript is unnecessary for appeal purposes<br>☐ No Hearings | **B. Provide a description, including dates, of the proceedings for which a transcript is required** (i.e. oral argument, sentencing, etc.)<br><br><br><br>**Method of Payment** ☐ Private Funds ☐ Other |
| **C. When transcript is funded by the Criminal Justice Act, transcript of the following proceedings will be provided only if specially authorized by the district court**<br><br>☐ Voir Dire<br>☐ Jury Instructions<br>☐ Opening statement of plaintiff<br>☐ Closing argument of plaintiff<br>☐ Opening statement of defendant<br>☐ Closing argument of defendant | **D. Deliver transcript to:** (Appellant's name, address, telephone) |

Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for dismissal of appeal.

| |
|---|
| **E. I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.** |
| **ORDERING PARTY'S SIGNATURE**          **DATE** |

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

**THIS ORDER FORM MUST BE SENT TO BOTH THE COURT REPORTER AND THE COURT OF APPEALS.**

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## INSTRUCTIONS FOR PRO SE PARTIES ORDERING TRANSCRIPT

1. Many appeals do not require a transcript. If you are not represented by an attorney and are ordering transcript related to your appeal, you must complete this form and mail it to the Clerk's Office at this address:

   United States Court of Appeal
   540 Potter Stewart U.S. Courthouse
   100 East Fifth Street
   Cincinnati, Ohio 45202

2. You must also provide a copy of this form to the court reporter along with your payment for the transcript.

3. Complete a separate form for each court reporter from whom you are ordering transcript. Do not include more than one court reporter on an order form.

4. If you have filed a proper transcript order form, the court of appeals clerk will forward the transcript order to the court reporter for processing. However, *you* must contact each court reporter from whom you are ordering transcript, provide a copy of this order, and pay for the transcript.

5. The court reporter will charge you the necessary fees for transcript. The court reporter may require you to pay all fees before beginning work on the transcript.

   - **NOTE:** Being granted pauper status by the district court or leave to appeal *in forma pauperis* does **not** automatically entitle you to a free transcript.

   - If you believe that you are entitled to transcript without paying the fee, you must file a motion for transcript at government expense, demonstrating that you are indigent *and* that the appeal is not frivolous but presents a substantial question.

6. Failure to arrange for payment of transcript, to properly order transcript, or to meet other court deadlines can result in the dismissal of your appeal.